PAUL T. TRIMMER, ESQ.
Nevada State Bar No. 9291
CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
chad.butterfield@jacksonlewis.com

*Attorneys for Defendants*
*Aria Resort & Casino, LLC and*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY ROLAND, an individual,<br>Plaintiff,<br>v.<br>ARIA RESORT & CASINO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a Delaware corporation,<br>Defendants. | Case No. 2:26-cv-01704-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**First Request** |

IT IS HEREBY STIPULATED by and between Plaintiff Jeffrey Roland, ("Plaintiff"), by and through his counsel, Greenberg Gross LLP, and Aria Resort & Casino, LLC ("Aria") and MGM Resorts International ("Defendants"), by and through their counsel, Jackson Lewis P.C., that Defendants shall have a one-week extension, up to and including July 13, 2026, in which to respond to Plaintiff's complaint.

This Stipulation is submitted pursuant to LR IA 6-1. The requested extension is supported by good cause, as counsel for Defendants were only recently retained and require additional time to investigate the issues raised in Plaintiff's complaint and to confer with Defendants as to same.

///

The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 6th day of July, 2026.

GREENBERG GROSS LLP

*/s/ Coco Padilla*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*
*Jeffrey Roland*

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Aria Resort & Casino, LLC and*
*MGM Resorts International*

**ORDER**

IT IS SO ORDERED, the Stipulation is GRANTED nunc pro tunc.

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: 8-5-26